# United States District Court
# Violation Notice

CVB Location Code

**EC11**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7045576 | Tolbert | T2360 |

7045576

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 09/23/2016  2335 | NCGS 20-138.1 |

Place of Offense

ACP 5 /All American

Offense Description: Factual Basis for Charge                    HAZMAT ☐

Impaired Driving (.20%A)

| DEFENDANT INFORMATION | Phone: ( ███████ |
|---|---|

| Last Name | First Name | M.I. |
|---|---|---|
| Boruta | Jennifer | S |

Street Address ████████████

| City | State | Zip Code | Date of Birth (mm/dd/yyyy) |
|---|---|---|---|
| Sanford | NC | 2733Y | ████████ |

| Drivers License No. | CDL ☐ | D.L. State | Social Security No. |
|---|---|---|---|

████████████████████

| A ☑ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). | B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy). |
|---|---|

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

$ _____ Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT →**   $ _____   **Total Collateral Due**

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| 301 Green St (3rd Floor) Fayetteville NC 28301 | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)                    Original - CVB Copy

I state that on _____, 20_____ while exercising my duties as a
law enforcement officer in the _____ District of _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

The foregoing statement is based upon:

[ ] my personal observation           [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on
the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
               Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
               Date (mm/dd/yyyy)        U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident